IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

|  |  |
|---|---|
| RICHARD C. TOLBERT, | : |
| Plaintiff, | : |
| VS. | : CIVIL ACTION FILE<br>: NO. 7:05-CV-111(HL) |
| Captain DWIGHT A. PEETE, Jail Administrator; Lt. VINSON, | : |
| Defendants. | : |

RECOMMENDATION

This is a § 1983 action brought by a former pre-trial detainee against two defendants employed at the Lowndes County, Georgia Jail. On March 31, 2006, the undersigned entered a recommendation that all of plaintiff's claims, save one, be dismissed (doc. # 9). That recommendation which included standard language advising plaintiff of his right to object to the recommendation was mailed to the plaintiff at his last known address, the Fulton County, Georgia Jail. On April 13, 2006, the plaintiff's service copy of that recommendation was returned to the Clerk of Court bearing the indication that the plaintiff was no longer at the Fulton County Jail (doc. # 13). United States District Judge Hugh Lawson adopted the March 13, 2006, recommendation on April 24, 2006 (doc. # 14). On June 14, 2006, the undersigned ordered plaintiff to show cause within twenty days of the date of that order why his case should not be dismissed for his failure to keep the court informed of his whereabouts. That order further provided that a failure to comply would result in a recommendation of dismissal for failure to prosecute, and was again mailed to the plaintiff at his last known address (doc. # 15). On July 3,

2006, the plaintiff's service copy of the show cause order was returned to the Clerk of Court from his last known address showing once again that the plaintiff was no longer at that facility (doc. # 16).  Plaintiff has had no contact with the court in this matter since February 23, 2006 (doc. # 8).

The electronic docket in this file does not pinpoint the exact date of plaintiff's release or transfer from the Fulton County Jail.  The first indication that he had been moved from Valdosta State Prison to the Jail occurred on February 23, 2006, when he filed his "Jury Demand," the plaintiff's last contact with the court (doc. # 8).  However, by April 13, 2006, his mail was being returned from the Jail (doc. # 13).  According to Georgia Department of Corrections Prisoner Locator Website, the given name of the inmate assigned GDC Number1097856 is James Harris and "Richard C. Tolbert" is one of several aliases used by that individual.  This website also shows that plaintiff is not presently incarcerated in a Georgia Department of Corrections facility.

All of the above leads the undersigned to the conclusion that, as is often the case, once a *pro se* prisoner inmate obtains his freedom, he then loses all interest in pursuing his claim any further.  Therefore, in view of plaintiff's obvious loss of interest in further pursuing this matter and the fact that the court does not know where to communicate with him it is the **RECOMMENDATION** of the undersigned that plaintiff's complaint be **DISMISSED** in its entirety.  Pursuant to 28 U.S.C. § 636(b)(1), the parties may file written objections to this recommendation with the Honorable Hugh Lawson, United States District Judge, WITHIN TEN (10) DAYS of receipt thereof.

**SO RECOMMENDED**[1], this 6th day of July 2006.

---

[1] Presently plaintiff has two more cases in the same posture as the instant matter, specifically Tolbert v. Roberts, 1:04-CV-72(WLS) and Tolbert v. Hart, et al., 7: 05-CV-96.  The undersigned will be entering recommendations of dismissal in those cases in the immediate

                                               */s/Richard L.Hodge*
                                               RICHARD L. HODGE
                                               UNITED STATES MAGISTRATE JUDGE

---

future.