IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RICHARD C. TOLBERT,**

    **Plaintiff**

v.         CASE NO. 7:05-CV-111 (HL)

**Captain DWIGHT A. PEETE, et al,**

    **Defendants**

## ORDER ON REPORT AND RECOMMENDATION
## OF UNITED STATES MAGISTRATE JUDGE

The Recommendation of the United States Magistrate Judge (Doc. 17) filed July 6, 2006 has been read and considered and is, hereby, approved, adopted and made the Order of the Court.

No objections to the Magistrate Judge's Recommendation were filed by the plaintiff within the allotted time..

**SO ORDERED,** this the 27th day of July, 2006.

                    **s/ Hugh Lawson**
                    **HUGH LAWSON, Judge**
                    **United States District Court**